# United States District Court
# For The Western District of North Carolina
# Charlotte Division

William G. Katibah,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                  3:10cv222

Target Corporation,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Jury Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the 8/23/12 Jury Verdict.

                                                  Signed: August 27, 2012

                                                  Frank G. Johns, Clerk
                                                  United States District Court